# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCOTT A. BLACK, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>SUPERINTENDENT, SCI GREENE, )<br>DISTRICT ATTORNEY OF FOREST )<br>COUNTY, ATTORNEY GENERAL OF )<br>THE STATE OF PENNSYLVANIA, )<br>)<br>Respondent, ) | Civ. A. No. 1:17-305<br>Judge Nora Barry Fischer |

## ORDER OF COURT

AND NOW, this 15th day of June, 2018, after petitioner Scott A. Black filed a petition for writ of habeas corpus in the above-captioned matter, (Docket No. [4]), the Attorney General of Pennsylvania filed a Motion to Dismiss, (Docket No. [8]), to which Plaintiff did not file a Response as the Court directed by March 5, 2018, and after a Report and Recommendation was filed by United States Magistrate Judge Susan Paradise Baxter on May 24, 2018, (Docket No. [12]), recommending that the habeas petition be dismissed as untimely and giving non-registered ecf users such as Plaintiff until June 11, 2018 to file written objections thereto, and petitioner having filed no objections, and upon independent review of the record,

IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation [12] is ADOPTED as the opinion of this Court;

IT IS FURTHER ORDERED that the petition for writ of habeas corpus [4] is DISMISSED;

IT IS FURTHER ORDERED that the Clerk of Court shall mark this CASE CLOSED; and,

FINALLY, IT IS ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if any party wishes to appeal from this Order a notice of appeal, as provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court, at 700

Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

                                                                  *s/Nora Barry Fischer*
                                                                  Nora Barry Fischer
                                                                  United States District Judge

cc/ecf: Honorable Susan Paradise Baxter
       United States Magistrate Judge

       All counsel of record

cc:     SCOTT A. BLACK
        LK-6465
        SCI Greene
        175 Progress Drive
        Waynesburg, PA 15370
        (via first class mail)